# United States Court of Appeals
## For the First Circuit

Clerk's Office

### FORM FOR SELECTION OF COUNSEL ON APPEAL

No. _12 - 433_                Title: _U.S. v. Benigno Hernandez Clander_

On appeal I wish to be represented in the following manner (please check one) :

_____   I wish to represent myself and proceed as pro se.

_____   I request that _____ who represented me in the District Court
be appointed to represent me.

  X     I request that the Court appoint new counsel to represent me.

_____   I have retained Attorney_____ to represent me.

Date: _3/14/2013_          _Denigno Hernandez Clander_
                                                    Name

                                _39418 - 069, unit 3-B_
                                                    Reg. No.

                                _Metropolitan Detention Center_
                                                    Address

                                _P.O. Box 2005  Cataño, P.R. 00963-2005_
                                                    City, State, Zip Code

                                _____
                                                    Signature

Return to:      Clerk's Office
                United States Court of Appeals for the First Circuit
                John Joseph Moakley Courthouse
                1 Courthouse Way, Suite 2500
                Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on his/her current
counsel and government's counsel.

**Failure to timely return this form to the Clerk's Office
may delay prosecution of your appeal.**