# United States Court of Appeals
## For the First Circuit

No. 13-1346

UNITED STATES

Appellee

v.

FRANCISCO MERCEDES

Defendant - Appellant

No. 13-1403

UNITED STATES

Appellee

v.

PEDRO HERNANDEZ-UBIERA

Defendant - Appellant

No. 13-1433

UNITED STATES

Appellee

v.

BENIGNO HERNANDEZ-CLANDER

Defendant - Appellant

**ORDER OF COURT**

Entered: April 3, 2013
Pursuant to 1st Cir. R. 27.0(d)

      Appeal Nos. 13-1346, 13-1403 and 13-1433 are consolidated for purposes of briefing and oral argument.  See Fed. R. App. P. 3(b)(2).  The parties are directed to use the above caption on all future filings related to these cases.

          By the Court:
          /s/ Margaret Carter, Clerk

cc:
Timothy Henwood
Dennise Longo-Quinones
Nelson Perez-Sosa
Joseph Boucher-Martinez
Juan Albino
Paul Glickman