# United States Court of Appeals
## For the First Circuit

––––––––––––––––––––––––––––––

No. 13-1346

UNITED STATES

Appellee

v.

FRANCISCO MERCEDES

Defendant - Appellant

––––––––––––––––––––––––––––––

No. 13-1403

UNITED STATES

Appellee

v.

PEDRO HERNANDEZ-UBIERA

Defendant - Appellant

––––––––––––––––––––––––––––––

No. 13-1433

UNITED STATES

Appellee

v.

BENIGNO HERNANDEZ-CLANDER

Defendant - Appellant

––––––––––––––––––––––––––––––

**ORDER OF COURT**

Entered: April 3, 2013
Pursuant to 1st Cir. R. 27.0(d)

Appeal Nos. 13-1346, 13-1403 and 13-1433 are consolidated for purposes of scheduling and oral argument.  See Fed. R. App. P. 3(b)(2).  The clerk will set a briefing schedule in each appeal once the record for that appeal, including all necessary transcripts, is complete.  Appellants may file separate briefs.  Appellee's brief shall be due within 30 days after service of the last appellant's brief. Any party objecting to all or part of this consolidation must do so by filing a written objection well in advance of that party's time to file a brief.

By the Court:
/s/ Margaret Carter, Clerk

cc:
Timothy Henwood
Dennise Longo-Quinones
Nelson Perez-Sosa
Joseph Boucher-Martinez
Juan Albino
Paul Glickman