# United States Court of Appeals
## For the First Circuit

Clerk's Office

**FORM FOR SELECTION OF COUNSEL ON APPEAL**

No. 12-433      Title: U.S. v. Benigno Hernandez Clander

On appeal I wish to be represented in the following manner (please check one):

____  I wish to represent myself and proceed as pro se.

____  I request that _____ who represented me in the District Court be appointed to represent me.

__X__  I request that the Court appoint new counsel to represent me.

____  I have retained Attorney _____ to represent me.

Date: 3/14/2013

Benigno Hernandez Clander
Name

39418-069, unit 3-B
Reg. No.

Metropolitan Detention Center
Address

P.O. Box 2005 Cataño, P.R. 00963-2005
City, State/Zip Code

_____
Signature

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2013 APR 12 P 12: 3

Return to:   Clerk's Office
             United States Court of Appeals for the First Circuit
             John Joseph Moakley Courthouse
             1 Courthouse Way, Suite 2500
             Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on his/her current counsel and government's counsel.

**Failure to timely return this form to the Clerk's Office may delay prosecution of your appeal.**



LCDO. JUAN A. ALBINO GONZÁLEZ, LLM
ABOGADO - NOTARIO

P.O. Box 25044, San Juan, P.R. 00928-5044

USMS SCREENED

Clerk's Office
United States Court of Appeals for the First Cir.
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210