# United States Court of Appeals
## For the First Circuit

No. 13-1433

UNITED STATES

Appellee

v.

BENIGNO HERNANDEZ-CLANDER

Defendant - Appellant

**ORDER OF COURT**

Entered: April 30, 2013
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to pay the filing fee, file an appearance form, docketing statement and transcript report/order form.

It is ordered that if the filing fee is not paid and an appearance form, docketing statement and transcript report/order form are not filed on or before **May 14, 2013**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

Defendant-appellant's counsel is directed to 1st Cir. R. 46.6, providing that, **"[A]n attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal, ...until the attorney is relieved of such duty by the court of appeals."** (emphasis added). Counsel must comply with this deadline or file a motion to withdraw with supporting documentation in accordance with 1st Cir. R. 46.6.

By the Court:

/s/ Margaret Carter, Clerk

cc: Juan A. Albino, Timothy R. Henwood, Benigno Hernandez-Clander, Dennise Noemi Longo-Quinones, Nelson Jose Perez-Sosa