# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** X:13-001433-001　　　　**Short Title:** United States v. Benigno Hernandez-Clander

**Type of Action**

- ☐ Civil
- ☑ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  March 7, 2013
   2. Date this notice of appeal filed  March 15, 2013
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?　☑ Yes　☐ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?　☐ Yes　☐ No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?　☐ Yes　☐ No
         If yes, explain _____

C. Has this case previously been appealed?　☐ Yes　☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?　☑ Yes　☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>FRANCISCO MERCEDES | No. 13-1346 |
| UNITED STATES<br><br>v.<br><br>PEDRO HERNANDEZ-UBIERA | No. 13-1403 |
| UNITED STATES<br><br>v.<br><br>BENIGNO HERNANDEZ-CLANDER | No. 13-1433 |

**BENIGNO HERNANDEZ-CLANDER'S
ATTACHMENT TO DOCKETING STATEMENT**

**ITEM D
RELATED CASES**

On April 3, 2013, the Court consolidated this case with <u>United States v. Francisco Mercedes</u>, No. 13-1346; and <u>United States v. Pedro Hernandez-Ubiera</u>, No. 1403; for purposes of scheduling and oral argument.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party United States
      Attorney Nelson Perez-Sosa
      Address Torre Chardon, Suite 1201, 350 Carlos Chardon Ave., San Juan, Puerto Rico 00918
      Telephone (787) 282-1800

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Benigno Hernandez-Clander
      Address Reg #39418-069, FCI Fort Dix, P.O. Box 2000, Fort Dix, New Jersey 08640
      Telephone

      Attorney's name Alan D. Rose
      Firm Rose, Chinitz & Rose
      Address One Beacon Street, Boston, Massachusetts 02108
      Telephone (617) 536-0040

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _____*Alan D. Rose*_____

Date _____May 30, 2013_____

## CERTIFICATE OF SERVICE

On June 3, 2013, I e-mailed this docketing statement to:

<u>For the United States:</u>
Nelson Perez-Sosa
nelson.perez@usdoj.gov

<u>For Francisco Mercedes:</u>
Paul M. Glickman
pmg@glickmanturley.com

Luis Rafael Rivera-Rodríguez
luiswichyrivera@hotmail.com

and mailed this document to:

<u>For Pedro Hernandez-Ubiera:</u>
Miriam Ramos-Grateroles
P.O. Box 191352
San Juan, Puerto Rico  00919-1352

/s/ Alan D. Rose