# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States v. Benigno Hernandez-Clander__

District Court Case No. __3:12-000433-001__     District of __Puerto Rico__

Date Notice of Appeal filed __March 15, 2013__     Court of Appeals Case No. __X:13-001433-001__

Form filed on behalf of __Benigno Hernandez-Clander__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __FTR__

Phone Number of Reporter _____

A.  __✓__  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☒ | Change of Plea | August 9, 2012, August 13, 2012, and bench conference portion of September 10, 2012 |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☒ | Pretrial proceedings (specify) _____ | Preliminary hearing and detention hearing (May 8, 2012), Return of indictment (May 31, 2012) |
| ☐ | Testimony (specify) _____ | |
| ☒ | Other (specify) _____ | Arraignment (June 6, 2012) |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐  Private funds.
☐  Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐  Criminal Justice Act. A CJA Form 24 has been approved by the __district court__ judge.
☒  Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐  Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Alan D. Rose__     Filer's Signature __Alan D. Rose__

Firm/Address __One Beacon St., Boston, MA 02108__     Filer's Email address __adr@rose-law.net__

Telephone number __(617) 536-0040__     Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)     SEE INSTRUCTIONS ON REVERSE

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 01C | Benigno Hernandez-Clander | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| | 3:12-000433-001 | X:13-001433-001 | | |
| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE *(See Instructions)* | |
| U.S. v. Hernandez-Clander | ☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☐ Adult Defendant ☑ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | TD | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
21 U.S.C. § 846; 18 U.S.C. § 2

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Appeal

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Change of plea hearings (August 9, 2012, August 13, 2012, and bench conference portion of September 10, 2012), preliminary hearing and detention hearing (May 8, 2012), return of indictment hearing (May 31, 2012), arraignment (June 6, 2012)

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
---|---
A. Apportioned Cost ___ % of transcript with *(Give case name and defendant)* | 
B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited | 
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Alan D. Rose_ 5/30/13
Signature of Attorney    Date
Alan D. Rose
Printed Name
Telephone Number: (617) 536-0040
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Honorable O. Rogeriee Thompson
U.S. Circuit Judge

Signature of Presiding Judge or By Order of the Court
6-24-13
Date of Order         Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____  Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____  Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED

Signature of Judge or Clerk of Court _____  Date _____