# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. Benigno Hernandez-Clander

District Court Case No.  3:12-000433-001                      District of Puerto Rico

Date Notice of Appeal filed  March 15, 2013          Court of Appeals Case No.  X:13-001433-001

Form filed on behalf of  Benigno Hernandez-Clander

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter  Joe Reynosa
Phone Number of Reporter  (787) 772-3478

A.    ✓    **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☒ | Sentencing | March 7, 2013 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) _____ | |
| ☐ | Testimony (specify ) _____ | |
| ☐ | Other (specify) _____ | |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.    _____    **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐    Private funds.
☐    Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐    Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
☒    Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐    Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Alan D. Rose                          Filer's Signature  Alan D. Rose

Firm/Address  One Beacon St., Boston, MA  02108          Filer's Email address  adr@rose-law.net

Telephone number  (617) 536-0040                  Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                  SEE INSTRUCTIONS ON REVERSE

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST / DIV. CODE<br>01C | 2. PERSON REPRESENTED<br>Benigno Hernandez-Clander | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>3:12-000433-001 | 5. APPEALS DKT./DEF. NUMBER<br>X:13-001433-001 | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Hernandez-Clander | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant  ☑ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>TD |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
21 U.S.C. § 846; 18 U.S.C. § 2

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Sentencing (March 7, 2013)

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: *Alan D. Rose 5/30/13*    Date
Printed Name: Alan D. Rose
Telephone Number: (617) 536-0040
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Honorable O. Rogeriee Thompson
U.S. Circuit Judge
Signature of Presiding Judge or By Order of the Court
6-24-13
Date of Order    Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS

☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____    Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED

Signature of Judge or Clerk of Court _____    Date _____